103 P.3d 429

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**December 13, 2004**

| 25791, 26210 | Tang v. Tang | Affirmed |
|---|---|---|

**January 4, 2005**

| 25981 | State v. Misawa | Affirmed |
|---|---|---|

**January 5, 2005**

| 25310 | Kim v. Schmidt | Vacated |
|---|---|---|